① copy + mail in envelope if original to me

# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2022 JUL 14 P 2: 02

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Ann-Marie; Retzlaff

v.

(Full name of defendant(s))

WISCONSIN SECRETARY OF STATE,

SECRETARY LAFOLLIET, DOUGLAS

Case Number:

**22-C-0809**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a ~~citizen~~ of Wisconsin State National, USC 8, sec 1101(a)(21)(23), and is located at
   (State)
   
   405 North Main Street, Shawano, Wisconsin [54166]
   (Address of prison or jail)

2. Defendant Wisconsin Secretary of State LaFolliet
   (Name)
   is (if a person or private corporation) a citizen of WISCONSIN
   (State, if known)
   and (if a person) resides at _____
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for <u>STATE OF WISCONSIN, B41 West State Capitol, Madison, Wisconsin [53703]</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I appointed Secretary Douglas LaFolliet, as the judge and administrator as trustee and trust fiduciary, received by him on May 12, 2022 by certified mail, recorded at Shawano County Wisconsin Recorder's office, as a Judgement by Default after the 22nd day, after June 3, 2022, of the Cestui Que Vie, Public Charitable Trust, Minor account, docket number 768198, June 9, 2022. On or about June 29, 2022, I called Secretary LaFolliet's number 608-266-8888 at the Wisconsin Capital, and tried all 4 options but no one answered and there was no option to leave a message to check the status of the settlement of my Cestui Que Vie Trust. I called the Wisconsin Department of Financial Services the same day at 608-261-9555 and did speak with a female staff member who was working remotely, at home, and had no information or knowledge of this. I also called Governor Tony Evers' office the same day at 608-266-1212 and left a message. A few days later, a female staff member Sam returned the

Complaint - 2

the call to Julie Yarmans (727-290-8909) who is helping me with administrative responsibilities and Sam did check into my query, but found nothing on Cestui Que Vie or who would be assigned to this task. She opened a case on this query - unknown number - and Julie educated her on the very basics of this fraudulent activity with our Birth Registration Numbers, Birth Certificate, "Life Insurance" policies, all converted to bonds and shares and sold on the stock market without our knowledge or informed consent, without full disclosure with all monies hidden from us - stolen from us! Sam recommended I open a federal case for help to probate/settle the cestui Que Vie Trust and have full disclosure on the fraudulent process the First National Banks - First Star - Farmers and Millers Bank - First Wisconsin National Bank - US Bank Corp - Colonial America Insurance Company and "Fire and Property" Insurance and "Life" Insurance Companies have defrauded the American Sovereign people to steal their/my wealth and property and livelihoods. All violations of our basic human rights, right to deny contract, Constitutional Rights and Canon Law 2057.

Complaint - 3

C. **JURISDICTION**

■ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I wish for Secretary LaFolliet to be held accountable, as per law, Canon Law 2057: any administrator or Executor that refuses to immediately dissolve a Cestui Que Vie, Public Charitable Trust, upon a person establishing their status and competency is guilty of fraud and fundamental breach of their fiduciary duties, requiring their immediate removal and punishment. He has sworn an oath of office to uphold the Constitution and has failed significantly. The Committee of Safety in Dane County is chartered and can stand up in the place of these treasonous oath office holders until we can secure the ballot and restore voting integrity again in Wisconsin. I wish full disbursement, with full disclosure,

Complaint - 4

E. **JURY DEMAND**

I want a jury to hear my case.

☐ - YES   ☐ - NO

I reserve the right to Trial by Jury at a later date.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 7th day of July, 2022

consciously outgoing purpose

Respectfully Submitted,

_____
Signature of Plaintiff

155606
Plaintiff's Prisoner ID Number

405 North Main Street

Shawano, Wisconsin 54166
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☐ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

■ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

I have requested SCJ accountant, Ms. Deb Beckham to pay by check from my inmate account "$402". I do not know if this will be done. If not I can pay by other means.

Complaint – 5
Case 2:22-cv-00809-SCD   Filed 07/14/22   Page 5 of 5   Document 1